UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

DEVON SHIVERS,

       Plaintiff,

Case No. 1:24-cv-297

v.

Honorable Ray Kent

UNKNOWN MACKEY et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: April 2, 2024

/s/ Ray Kent
Ray Kent
United States Magistrate Judge